**Henry W. HINKEY, Petitioner,**

**v.**

**STATE of Oklahoma, District Court of Oklahoma County, Respondents.**

**No. A–14419.**

Court of Criminal Appeals of Oklahoma.

Oct. 25, 1967.

Henry W. Hinkey, pro se.

G. T. Blankenship, Atty. Gen., Hugh H. Collum, Asst. Atty. Gen., for respondents.

## MEMORANDUM OPINION

NIX, Presiding Judge:

This is an original proceeding filed by by the petitioner, Henry W. Hinkey, seeking a writ of mandamus from this Court directing the District Court of Oklahoma County to grant a speedy trial in case #F–1464, or dismiss said charge. Petitioner is presently confined in the Federal Correctional Institution at Leavenworth, Kansas.

Under the conditions herewith presented, this Court is of the opinion that this peti-

tion should be denied under the authority of Hobbs v. State, Okl.Cr., 417 P.2d 934.

Writ denied.

BUSSEY and BRETT, JJ., concur.